IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-568-SLR |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 15th day of May, 2009, having reviewed the motion filed by Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. seeking the disqualification of R. Tyler Goodwyn, IV and McKenna Long & Aldridge L.L.P. as counsel for plaintiff (D.I. 45);

IT IS ORDERED that an evidentiary hearing shall be conducted in connection with said motion on **June 5, 2009 at 9:30 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Each party[1] may call up to 3 witnesses; each party is limited to three (3) hours for examination and argument.

_____
United States District Judge

---

[1] Of course, the two Samsung defendants shall be considered as one party for this purpose.