IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APELDYN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-568-SLR |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 30th day of September, 2009, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that the motion of Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. to disqualify R. Tyler Goodwyn, IV and McKenna Long & Aldridge L.L.P. as counsel for Apeldyn Corporation (D.I. 45) is granted, so long as the Samsung defendants remain in the case. The pending motion for the pro hac vice appearance of attorneys for McKenna Long & Aldridge L.L.P. (D.I. 77) is denied, unless plaintiff dismisses the Samsung defendants from the case at bar.

                                                                                            _____
                                                                                            United States District Judge