# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 08-568-SLR |
| | : |
| AU OPTRONICS CORPORATION, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, this **19th** day of **April, 2011.**

IT IS ORDERED that the continued mediation with Judge Thynge has been scheduled for **Wednesday, June 15, 2011 at 10:00 a.m.** for plaintiff and defendant **AUO only. Dress for the mediation is business casual.** Supplemental submissions of no more than **ten (10) pages, 12 pt. font, double spaced** shall be due on or before **Friday, June 3, 2011.** The updated submissions shall focus on ¶ 6 e, f and g of the Court's Order dated May 13, 2010. All other provisions of the Court's May 13, 2010 Order remain in full force and effect.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE