IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>    Defendants. | C.A. No. 08-568-SLR |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF APELDYN CORPORATION AND DEFENDANTS SHARP
CORPORATION AND SHARP ELECTRONICS CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Apeldyn Corporation ("Apeldyn") and Defendants Sharp Corporation and Sharp Electronics Corporation (collectively, "Sharp"), by and through their undersigned attorneys and subject to the approval of this Court, hereby stipulate to the dismissal, with prejudice, of the claims and counterclaims in the above-captioned matter as between Apeldyn and Sharp, each of which is to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Richard D. Kirk*<br>Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899-5130<br>(302) 655-5000<br><br>*Attorneys for Plaintiff*<br>*Apeldyn Corporation*<br><br>Dated: August 12, 2011 | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Cottrell@rlf.com<br>Gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Attorneys for Defendants Sharp*<br>*Corporation and Sharp Electronics*<br>*Corporation*<br><br>Dated: August 12, 2011 |

2

**APPROVED AND SO ORDERED THIS** \_\_\_\_ **day of** _____, 2011.

_____
SUE L. ROBINSON
United States District Judge