

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE • 19899  
Zip Code For Deliveries 19801

(302) 429-4232  
sbrauerman@bayardlaw.com

September 12, 2011

**BY CM/ECF AND HAND DELIVERY**  
The Honorable Sue L. Robinson  
United States District Court  
District of Delaware  
844 North King Street  
Wilmington, DE 19801

    Re:    *Apeldyn Corp. v. AU Optronics Corp., et al.*, C.A. No. 08-568-SLR

Dear Judge Robinson:

In connection with the above-captioned action and pursuant to Your Honor's request, enclosed please find courtesy copies of the following documents:

1. *Opening Claim Construction Brief of Plaintiff Apeldyn Corporation* (filed 6/10/11 at DI 488);

2. *Declaration of Richard D. Kirk in Support of Opening Claim Construction Brief of Plaintiff Apeldyn Corporation* (filed 6/10/11 at DI 489);

3. *Plaintiff Apeldyn Corporation's Brief in Opposition to Defendants Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA Inc.'s Motion for Summary Judgment of No Inducement of Patent Infringement* (filed **under seal** on 7/18/11 at DI 526);

4. *Declaration of Richard D. Kirk in Support of Plaintiff Apeldyn Corporation's Brief in Opposition to Defendants Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA Inc.'s Motion for Summary Judgment of No Inducement of Patent Infringement* (filed **under seal** on 7/18/11 at DI 527);

5. *Plaintiff Apeldyn Corporation's Answering Brief in Opposition to AU Optronics Corporation and AU Optronics Corporation America's Motion for Summary Judgment of Invalidity* (filed **under seal** on 7/18/11 at DI 528);

6. *Declaration of Richard D. Kirk in Support of Plaintiff Apeldyn Corporation's Answering Brief in Opposition to AU Optronics Corporation and AU Optronics Corporation America's Motion for Summary Judgment of Invalidity* (filed **under seal** on 7/18/11 at DI 529);



The Honorable Sue L. Robinson
United States District Court
September 12, 2011
Page 2

7. *Plaintiff Apeldyn Corporation's Answering Brief in Opposition to Chi Mei Optoelectronics Corporation's and Chi Mei Optoelectronics USA, Inc.'s Motion for Summary Judgment of Non-Infringement* (filed **under seal** on 7/18/11 at DI 530);

8. *Declaration of Richard D. Kirk in Support of Plaintiff Apeldyn Corporation's Answering Brief in Opposition to Chi Mei Optoelectronics Corporation's and Chi Mei Optoelectronics USA, Inc.'s Motion for Summary Judgment of Non-Infringement* (filed **under seal** on 7/18/11 at DI 531);

9. *Plaintiff Apeldyn Corporation's Answering Brief in Opposition to AU Optronics Corporation and AU Optronics Corporation America's Motion for Summary Judgment of Non-Infringement* (filed **under seal** on 7/18/11 at DI 532);

10. *Declaration of Richard D. Kirk in Support of Plaintiff Apeldyn Corporation's Answering Brief in Opposition to AU Optronics Corporation and AU Optronics Corporation America's Motion for Summary Judgment of Non-Infringement* (filed **under seal** on 7/18/11 at DI 533);

11. *Plaintiff Apeldyn Corporation's Reply Brief to the Answering Claim Construction Brief of Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc.* (filed **under seal** on 7/25/11 at DI 550);

12. *Plaintiff Apeldyn Corporations Reply to AU Optronics Corporation and AU Optronics Corporation America's Responsive Claim Construction Brief* (filed **under seal** on 7/25/11 at DI 551);

13. *Declaration of Richard D. Kirk in Support of Plaintiff Apeldyn Corporation's Reply to Defendants' Responsive Claim Construction Briefs* (filed **under seal** on 7/25/11 at DI 552);

14. *Plaintiff Apeldyn Corporation's Answering Brief in Opposition to Defendants AU Optronics Corporation and AU Optronics Corporation America's Daubert Motion Regarding Allan R. Kmetz, D.Eng.* (filed **under seal** on 8/8/11 at DI 573); and

15. *Declaration of Claire M. Maddox in Support of Plaintiff Apeldyn Corporation's Answering Brief in Opposition to Defendants AU Optronics Corporation and AU Optronics Corporation America's Daubert Motion Regarding Allan R. Kmetz, D.Eng.* (filed **under seal** on 8/8/11 at DI 574);

**BAYARD**

The Honorable Sue L. Robinson<br>
United States District Court<br>
September 12, 2011<br>
Page 3

      Also enclosed is a DVD-ROM containing searchable PDF copies of the above documents as well as visual presentations used by Plaintiffs at the *Markman* hearing held on September 2. Should Your Honor have questions or require anything further, counsel is available at the convenience of the Court.

                                  Sincerely yours,

                                  Stephen B. Brauerman

SBB:hb  
Enclosures  
cc: All counsel

File No. 33369-1