**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APELDYN CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| AU OPTRONICS CORPORATION, | : C.A. No. 08-568 (SLR) |
| AU OPTRONICS CORPORATION AMERICA, | : |
| CHIMEI OPTOELECTRONICS | : |
| CORPORATION, CHI MEI | : |
| OPTOELECTRONICS USA INC., SAMSUNG | : |
| ELECTRONICS CO. LTD., SAMSUNG | : |
| ELECTRONICS AMERICA INC., SHARP | : |
| CORPORATION, SHARP ELECTRONICS | : |
| CORPORATION, SONY CORPORATION, AND | : |
| SONY ELECTRONICS, INC., | : |
| | : |
| Defendants. | : |
| | : |

**SUBSTITUTION OF COUNSEL**

PLEASE ENTER THE APPEARANCES of Matt Neiderman, Esq., and Benjamin A.

Smyth, Esq., of Duane Morris LLP, and as attorneys for Defendants Chi Mei Optoelectronics

Corporation and Chi Mei Optoelectronics USA, Inc., and withdraw the appearances of Jack B.

Blumenfled, Esq., Rodger D. Smith, Esq., and Jeremy A. Tigan, Esq. of Morris Nichols Arsht &

Tunnell LLP in the above-captioned action.


Dated: September 16, 2011

| **DUANE MORRIS LLP** | **MORRIS NICHOLS ARSHT &**<br>**TUNNELL LLP** |
|---|---|
| /s/ Matt Neiderman | /s/ Jack B. Blumenfeld |
| Matt Neiderman (Bar I.D. No. 4018) | Jack B. Blumenfeld (Bar I.D. No. 1014) |
| Benjamin A. Smyth (Bar I.D. No 5528) | Rodger D. Smith (Bar I.D. No. 3778) |
| 222 Delaware Avenue | Jeremy A. Tigan (Bar I.D. No. 5239) |
| Suite 1600 | 1201 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 657-4900 | (302) 658-9200 |