IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHIMEI OPTOELECTRONICS CORPORATION, CHI MEI OPTOELECTRONICS USA INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA INC., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, SONY CORPORATION, AND SONY ELECTRONICS, INC.,<br><br>          Defendants. | C.A. No. 08-568 (SLR) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Jonathan S. Kagan and Thomas C. Werner of Irell & Manella LLP, hereby withdraw their appearance as co-counsel for Defendants Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc. Matt Neiderman and Benjamin A. Smyth will continue as counsel for Defendants Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc. in the above-captioned action.

Dated: September 28, 2011

| **DUANE MORRIS LLP** | **IRELL & MANELLA LLP** |
|---|---|
| /s/ Matt Neiderman | /s/ Thomas C. Werner |
| Matt Neiderman (DE Bar No. 4018) | Jonathan S. Kagan |
| Benjamin A. Smyth (DE Bar No 5528) | Thomas C. Werner |
| 222 Delaware Avenue | 1800 Avenue of the Stars |
| Suite 1600 | Suite 900 |
| Wilmington, DE 19801 | Los Angeles, CA 90067 |
| (302) 657-4900 | (310) 277-1010 |