UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 08-568-SLR |

PLAINTIFF APELDYN CORPORATION'S
NOTICE OF DEPOSITION OF CHIA-LIANG (STANLEY) CHENG

TO:

Gerard M. O'Rourke                     Matt Neiderman
RatnerPrestia P.C.                     Duane Morris LLP
1007 N. Orange Street, Suite 1100      222 Delaware Avenue, Suite 1600
Wilmington, DE 19801                   Wilmington, Delaware 19801

PLEASE TAKE NOTICE that Plaintiff Apeldyn Corporation ("Apeldyn") will take the deposition of Chia-Liang (Stanley) Cheng pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 30, on **October 5-6, 2011**, beginning each day at 9:30 a.m. The deposition will take place at McKenna Long & Aldridge LLP, 1900 K Street NW, Washington, DC 20006. The deposition will be taken before a notary public or court reporter, duly authorized to administer oaths and transcribe the testimony of the deponent(s). The deposition will be videotaped and continue from day to day until completed or adjourned if authorized by the Court or stipulated by the parties.

You are invited to attend and cross examine.

| | |
|---|---|
| Dated: September 30, 2011 | BAYARD, P.A. |
| OF COUNSEL | /s/ Stephen B. Brauerman (sb4952) |
| | Richard D. Kirk (rk0922) |
| Gaspare J. Bono | Stephen B. Brauerman (sb4952) |
| Lora A. Brzezynski | 222 Delaware Avenue, 9th Floor |
| Carl P. Bretscher | P.O. Box 25130 |
| Victor Balancia | Wilmington, DE  19899-5130 |
| McKenna, Long & Aldridge LLP | (302) 655-5000 |
| 1900 K Street, N.W. | rkirk@bayardlaw.com |
| Washington, D.C.  20006 | sbrauerman@bayardlaw.com |
| (202) 496-7500 | |
| | *Attorneys for Plaintiff Apeldyn Corporation* |