## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APELDYN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-568-SLR |
| | ) | |
| AU OPTRONICS CORPORATION; AU | ) | **REDACTED PUBLIC** |
| OPTRONICS CORPORATION AMERICA; CHI | ) | **VERSION** |
| MEI OPTOELECTRONICS CORPORATION; | ) | |
| CHI MEI OPTOELECTRONICS USA, INC.; | ) | |
| SHARP CORPORATION; and SHARP | ) | |
| ELECTRONICS CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

### CONFIDENTIAL STIPULATION AND ORDER REGARDING AUO PRODUCTS

Plaintiff Apeldyn Corporation and Defendant AU Optronics Corporation and AUO

Optronics Corporation America ("AUO"), through their counsel, hereby stipulate that:

1.   ███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

2.   For the Identified Models in the chart below, documents produced by AUO for the model

and version listed in the Stipulated Model column may be used as the product specification for

the Identified Model for purposes of determining the type of vertical alignment mode of the

liquid crystals used in the Identified Model.

3.   ███████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████



| Identified Model | Stipulated Model |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

| Identified Model | Stipulated Model |
|---|---|
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |

4.     For the Identified Models in the chart below, AUO stipulates that the model and version

listed uses the type of vertical alignment mode of the liquid crystals indicated in the VA Mode

column.

| Identified Model | VA Mode |
|---|---|
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |
| ███████ | ███████ |



| Identified Model | VA Mode |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |



| Identified Model | VA Mode |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

BAYARD, P.A.
/s/ Richard D. Kirk
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899-5130
(302) 655-5000

*Attorneys for Plaintiff*
*Apeldyn Corporation*

RATNER & PRESTIA
/s/ Gerard M. O'Rourke
Gerard M. O'Rourke (No.  3265)
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
302-778-3466
gorourke@ratnerprestia.com

*Attorneys for AU Optronics Corporation*
*and AU Optronics Corporation America*

**APPROVED AND SO ORDERED THIS ____ day of October, 2011.**

_____
SUE L. ROBINSON
United States District Judge