

**RatnerPrestia**
WE SPECIALIZE IN THE LAW OF CREATIVITY®

GERARD M. O'ROURKE
DIRECT DIAL: 302-778-3466
EMAIL: gorourke@ratnerprestia.com

October 12, 2011

**BY CM/ECF AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    Apeldyn Corp. v AU Optronics Corp., et al, C.A. No. 08-568-SLR

Dear Judge Robinson:

      In connection with the above-caption action and pursuant to Your Honor's request, enclosed please find a CD containing searchable PDF copies of the following documents:

1. *Motion for Summary Judgment of Invalidity by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/1/11 at DI 503);

2. *Motion for Summary Judgment of Non-Infringement by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/1/11 at DI 504);

3. *Opening Brief in Support re DI 503 Third Party Motion for Summary Judgment of Invalidity filed by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/5/11 at DI 510);

4. *Declaration re DI 503 Third Party Motion for Summary Judgment of Invalidity by AU Optronics Corporation, AU Optronics Corporation America* (filed **under seal** 7/5/11 at DI 511);

5. *Opening Brief in Support re DI 504 Motion for Summary Judgment of Non-Infringement by AU Optronics Corporation, AU Optronics America* (filed 7/5/11 at DI 512);

6. *Declaration re DI 504 Motion for Summary Judgment of Non-Infringement by AU Optronics Corporation, AU Optronics Corporation America* (filed **under seal** 7/5/11 at DI 513);

7. *Claim Construction Answering Brief re DI 488 Claim Construction Opening Brief filed by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/11/11 at DI 520);

8. *Declaration re DI 520 Claim Construction Answering Brief by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/11/11 at DI 521);



The Honorable Sue L Robinson
United States District Court
October 12, 2011
Page 2

9. *Motion to Strike re Allen R Kmetz D. Eng by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/19/11 at DI 534);

10. *Opening Brief in Support re DI 534 Motion to Strike re Allen R Kmetz, D. Eng by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/19/11 at DI 535);

11. *Sealed Declaration re DI 535 Opening Brief in Support by AU Optronics Corporation, AU Optronics Corporation America* (filed **under seal** 7/19/11 at DI 536);

12. *Reply Brief re DI 503 in support of Motion for Summary Judgment of Invalidity filed by Au Optronics Corporation, AU Optronics Corporation America* (filed 7/28/11 at DI 557);

13. *Reply Brief re DI 504 in support of Motion for Summary Judgment of Non-Infringement filed by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/28/11 at DI 558);

14. *Declaration re DI 557 Reply Brief in Support of Motion for Summary Judgment of Invalidity filed by AU Optronics Corporation, AU Optronics Corporation America* (filed 7/28/11 at DI 559);

15. *Declaration re DI 558 Reply Brief in support of Motion for Summary Judgment of Non-Infringement* (filed **under seal** 7/28/11 at DI 560);

16. *Exhibit A re: DI 559 Declaration in Support of Motion for Summary Judgment of Invalidity filed by AU Optronics Corporation, AU Optronics Corporation America* (filed **under seal** 7/18/11 at DI 561);

17. *Claim Construction Surreply Brief re DI 551 Claim Construction Reply Brief by AU Optronics Corporation, AU Optronics Corporation America* (filed 8/8/11 at DI 570);

18. *Declaration re DI 570 Claim Construction Surreply Brief by AU Optronics Corporation, AU Optronics Corporation America* (filed 8/8/11 at DI 571);

19. *Exhibits re DI 571 Declaration to Claim Construction Surreply Brief by AU Optronics Corporation, AU Optronics Corporation America* (filed **under seal** 8/8/11 at DI 572); and

20. *Reply re DI 534 in support of Motion to Strike re Allen R Kmetz, D. Eng by AU Optronics Corporation, AU Optronics Corporation America* (filed 8/19/11 at DI 580).

1386877-1



Please let me know if I can provide Your Honor with anything further.

Respectfully Submitted,

RATNERPRESTIA

*Gerard M. O'Rourke* (signature)

Gerard M. O'Rourke

GOR/jre

cc:   All counsel by email

1386877-1