DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

MATT NEIDERMAN
DIRECT DIAL: +1 302 657 4920
PERSONAL FAX: +1 302 397 2543
E-MAIL: mneiderman@duanemorris.com

www.duanemorris.com

October 25, 2011

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Wilmington, DE 19801

Re:   Apeldyn Corp. v. AU Optronics Corp., et al. (C.A. No. 08-568-SLR)

Dear Judge Robinson:

I write on behalf of Defendants Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc. (collectively, "Chi Mei") regarding the pre-trial conference in the referenced action, which is scheduled for November 16, 2011 at 4:30 p.m. As you may be aware, the law firm of Duane Morris recently assumed responsibility for this case. One member of the Chi Mei trial team, Patrick McPherson of our Washington, D.C. office, has a previously scheduled trip where he will be out of the country during the time of the conference. We therefore respectfully request that Mr. McPherson be excused from attending the pre-trial conference. All other trial counsel for Chi Mei will attend.

I am available should Your Honor have any questions regarding this matter.

Sincerely,

Matt Neiderman (DE # 4018)

MXN:
cc: All Counsel of record (via CM/ECF)

DUANE MORRIS LLP
222 DELAWARE AVENUE, SUITE 1600   WILMINGTON, DE 19801-1659        PHONE: +1 302 657 4900   FAX: +1 302 657 4901