**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APELDYN CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 08-568 (SLR) |
| | ) |
| AU OPTRONICS CORPORATION, | ) |
| AU OPTRONICS CORPORATION AMERICA, | ) |
| CHI MEI OPTOELECTRONICS | ) |
| CORPORATION, CHI MEI | ) |
| OPTOELECTRONICS USA INC., SAMSUNG | ) |
| ELECTRONICS CO. LTD., SAMSUNG | ) |
| ELECTRONICS AMERICA INC., SHARP | ) |
| CORPORATION, SHARP ELECTRONICS | ) |
| CORPORATION, SONY CORPORATION, AND | ) |
| SONY ELECTRONICS, INC., ) | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendants Chi Mei Optoelectronics Corp. and Chi Mei Optoelectronics USA, Inc.'s Fourth Supplemental Objections and Responses to Apeldyn's First Set of Interrogatories Nos. 3 and 4 were caused to be served electronically on November 7, 2011, on the following counsel of record:

    Richard D. Kirk, Esquire
    Stephen B. Brauerman, Esquire
    BAYARD, P.A.
    222 Delaware Avenue
    Suite 900
    Wilmington, DE 19801

    Gaspare J. Bono, Esquire
    Song K. Jung, Esquire
    R. Tyler Goodwyn, IV, Esquire

Lora A. Brzezynski, Esquire

Matthew T. Bailey, Esquire

Claire M. Maddox, Esquire

Mindy L. Caplan, Esquire

Carl Bretscher, Esquire

MCKENNA LONG & ALDRIDGE LLP

1900 K. Street, NW

Washington, DC 20006

*Attorneys for Plaintiff Apeldyn Corporation*


Gerard M. O'Rourke, Esquire

RATNER PRESTIA

1007 Orange Street

Suite 1100

Wilmington, DE 19801-1231


Jay C. Chiu, Esquire

Daniel Prince, Esquire

Benjamin Davis, Esquire

Terry D. Garnett, Esquire

Vincent K. Yip, Esquire

Peter J. Wied, Esquire

Paul Hastings Janofsky & Walker LLP

515 South Flower Street

Twenty-Fifth Floor

Los Angeles, CA 90071

*Attorney for Defendants AU Optronics Corporation andAU Optronics Corporation America*

Dated:  November 8, 2011              **DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (I.D. No. 4018)
Benjamin A. Smyth (DE Bar No 5528)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801-1659
Tel:  (302) 657-4900
Fax:  (302) 657-4901

Donald McPhail (admitted *pro hac vice*)
Patrick D. McPherson (admitted *pro hac vice*)
Barry Golob (admitted *pro hac vice*)
Kristina Caggiano (admitted *pro hac vice*)
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel. No.: (202) 776-7800
Fax No.: (202) 776-7801

*Attorneys for Defendants Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc.*
