## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

APELDYN CORPORATION,

                    Plaintiff,

v.

AU OPTRONICS CORPORATION, et al.,

                    Defendants.

Civil Action No. 08-568-SLR

### PLAINTIFF APELDYN CORPORATION'S MOTION FOR REARGUMENT

As discussed with the Court at the pretrial conference held on November 16, 2011, as set forth more fully in a letter permitted by the Court to be filed today (D.I.629), and pursuant to Local Rule 7.1.5, plaintiff Apeldyn Corporation ("Apeldyn") respectfully moves for reargument of the Court's Memorandum Opinion dated November 15, 2011 granting summary judgment in favor of the CMO Defendants (D.I. 627).

November 18, 2011

OF COUNSEL

Gaspare J. Bono
Lora A. Brzezynski
Carl P. Bretscher
Victor Balancia
McKenna, Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 496-7500

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk, Esquire (rk0922)
Stephen B. Brauerman, Esquire (sb4952)
222 Delaware Avenue
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys For Plaintiff Apeldyn Corporation*