

GERARD M. O'ROURKE
DIRECT DIAL:  302-778-3466
EMAIL:  gorourke@ratnerprestia.com

ORIGINAL BY HAND

December 1, 2011

Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE  19803

Re:   *Apeldyn Corp. v. AU Optronics., et al.*, **Civil Action No. 08-568-SLR**

Dear Judge Robinson:

    Defendant AU Optronics Corporation ("AUO") respectfully submits this letter in response to plaintiff Apeldyn Corporation's ("Apeldyn") letter of November 30, 2011 (D.I. 639) and defendant Chi Mei Optoelectronics Corporation's ("CMO") letter of November 30, 2011 (D.I. 641).

    In light of the Court's Order (D.I. 640) setting a briefing schedule on AUO's motions for reargument (D.I. 636 and 637), AUO will address the issues raised in Apeldyn's letter in AUO's reply brief due by December 12 and does not intend to file a separate response to D.I. 639. Should the Court desire a separate response to Apeldyn's letter, AUO would be happy to do so at the Court's direction.

Respectfully submitted,

/s/ *Gerard M. O'Rourke*

Gerard M. O'Rourke (No. 3265)
1007 Orange Street, Suite 1100
P. O. Box 1596
Wilmington, DE 19801-1231
Telephone:  (302) 778-2500