IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-568-SLR |
| | ) |
| AU Optronics Corporation, AU | ) |
| Optronics Corporation America, Chi | ) |
| Mei Optoelectronics Corporation, and | ) |
| Chi Mei Optoelectronics USA Inc., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ** AMENDED ORDER

WHEREAS, the court issued its memorandum order construing the claims of the

'382 patent and its memorandum opinion on the parties' summary judgment motions on

November 15, 2011 (D.I. 626, 627);

WHEREAS, at the pretrial conference, Apeldyn argued that the court erred in

granting summary judgment of noninfringement to CMO;

WHEREAS, at the court's request, Apeldyn filed a letter further addressing these

issues on November 17, 2011 (D.I. 629);

WHEREAS, AUO and CMO filed responsive letter submissions on November 17,

2011 (D.I. 631, 632);

WHEREAS, Apeldyn's motion for reargument of the court's memorandum

opinion was filed on November 18, 2011 (D.I. 633);

WHEREAS, an opening brief was not filed commensurately with its motion,

which was made to create a record upon which the court could address the issues

raised by Apeldyn orally at the pretrial conference and in its correspondance;

WHEREAS, on November 18, 2011, an answering brief deadline of December 5, 2011 was automatically set for response to Apeldyn's motion;

WHEREAS, the court heard further argument on these issues on November 18, 2011 (D.I. 635);

WHEREAS, the court subsequently postponed trial in this matter from December 5, 2011 to January 2012 (D.I. 634); and

WHEREAS, AUO filed two motions for reargument on November 28, 2011 regarding the court's claim construction (D.I. 636) and the court's memorandum opinion (D.I. 637);[1]

NOW, THEREFORE, at Wilmington this 30th day of November, 2011, IT IS HEREBY ORDERED that:

1. Apeldyn's responsive brief to AUO's **motion (D.I. 636)** is due on or before Wednesday, **December 7, 2011**.

2. AUO's reply brief in further support of its **motion (D.I. 636)** is due on or before Monday, **December 12, 2011**.

---

[1]AUO filed a succinct opening brief in support of its motion to reconsider the court's claim construction (D.I. 638). AUO relies on its letter submission and the oral argument record in support of its motion to reconsider the court's denial of its summary judgment motions (D.I. 637).

3.  **No further papers shall be filed with the court.**


_____
United States District Judge