IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APELDYN CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>AU OPTRONICS CORPORATION,<br>AU OPTRONICS CORPORATION AMERICA,<br>CHI MEI OPTOELECTRONICS CORPORATION,<br>CHI MEI OPTOELECTRONICS USA INC.,<br><br>    Defendants. | Civil Action No. 08-568 (SLR) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Gaspare J. Bono, Lora A. Brzezynski, Matthew T. Bailey, Victor N. Balancia, Christina M. Carroll, Carl P. Bretscher, Claire M. Maddox, Mindy L. Caplan, Sunjeev Sikand, Alyssa K. Sandrowitz, and Feng Shan of McKenna, Long and Aldridge LLP hereby withdraw their appearance as co-counsel for Plaintiff Apeldyn Corporation in the above-captioned action. The undersigned Delaware counsel remains counsel of record.

| | |
|---|---|
| May 21, 2012 | BAYARD, P.A<br><br>*/s/ Richard D. Kirk (rk0922)*<br>Richard D. Kirk (Bar I.D. 922)<br>Stephen B. Brauerman (Bar I.D. 4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Counsel for Plaintiff Apeldyn Corporation* |