IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APELDYN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CA No. 1:08-cv-00568-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| AU OPTRONICS CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR
## ADMISSION *PRO HAC VICE* OF JON P. STRIDE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jon P. Stride of the law firm Tonkon Torp LLP to represent Apeldyn Corporation in this matter.

Dated: August 1, 2012               KLEHR HARRISON HARVEY
                                    BRANZBURG LLP

                                    By:    /s/ Sean M. Brennecke
                                           David S. Eagle (DE Bar No. 3387)
                                           Sean M. Brennecke (DE Bar No. 4686)
                                           919 N. Market Street, Suite 1000
                                           Wilmington, DE 19801
                                           (302) 552-5518
                                           deagle@klehr.com
                                           smbrennecke@klehr.com

                                           *Attorney's for Apeldyn Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:_____              _____
                                    United States District Judge